UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| VINCENT COY RICHARD | * | CIVIL ACTION NO. 16-0841 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, in its entirety, and that this matter is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in chambers, this 22nd day of August, 2018.

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| VINCENT COY RICHARD | * | CIVIL ACTION NO. 16-0841 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, in its entirety, and that this matter is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in chambers, this _____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE